USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/2/2012

Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

AARON S. HUMPHREY, Individually and on
Behalf of All Other Persons Similarly Situated,

    Plaintiff,

v.

RAV INVESTIGATIVE & SECURITY
SERVICES LTD., RAV TRADE SHOWS, INC.,
RON ALLEN, ABC CORPORATIONS #1-10, and
JOHN DOES #1-10, Jointly and Severally,

    Defendants.

------------------------------------x

ECF CASE

No.: 1:12-cv-03581 (NRB) (JLC)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Aaron S. Humphrey, individually and on behalf of all other persons similarly situated, ("Plaintiff") and Defendants RAV Investigative & Security Services Ltd., RAV Trade Shows, Inc. and Ron Allen ("Defendants"), through their undersigned attorneys, who state they have been authorized to enter this Stipulation, that:

1. Defendants' counsel, Louis Pechman Esq., agrees to accept service of the Class and Collective Action Complaint in the above-captioned matter ("Complaint") on behalf of the Defendants RAV Trade Shows, Inc. and Ron Allen;

2. That the time for Defendants to Answer or otherwise move in response to the Complaint is hereby extended from June 4, 2012 to August 31, 2012;

3. That Defendants waive any objections or defenses as to any defects in the service of process and that this Court has personal jurisdiction over the Defendants;

4. That the applicable statute of limitations is tolled from June 4, 2012 to August 31, 2012; and

5. This Stipulation may be signed in counterparts with facsimile or email signatures constituting original signatures and sufficient evidence of consent to be bound under this Stipulation and Order.

Dated: New York, New York
July _, 2012

BRONSON LIPSKY LLP

By: _____
Douglas B. Lipsky (DL-9372)
Bronson Lipsky LLP
630 Third Avenue, Fifth Floor
New York, New York 10017
Phone: 212.392.4772
Fax: 212.444.1030
dl@bronsonlipsky.com

Jeffrey M. Gottlieb (JG-7905)
nyjg@aol.com
Dana L. Gottlieb (DG-6151)
danalgottlieb@aol.com
Gottlieb & Associates
150 East 18th Street, Suite PHR
New York, New York 10003
Phone: 212.228.9795
Fax: 212.982.6284

*Attorneys for Plaintiff and the Putative Class Members*

Dated: New York, New York
July _, 2012

BERKE-WEISS & PECHMAN LLP

By: _____
Louis Pechman
Berke-Weiss & Pechman LLP
488 Madison Avenue
11th Floor, Suite 1120
New York, New York 10022
Phone: 212.583.9500
Fax: 212.308.8582
pechman@bwp-law.com

*Attorneys for Defendants RAV Investigative & Security Services Ltd., RAV Trade Shows, Inc. and Ron Allen*

SO ORDERED:

Dated: New York, New York
~~July __, 2012~~
August 1, 2012

_____
Naomi Reice Buchwald, U.S. District Court Judge

2