**BRONSON LIPSKY** LLP
ATTORNEYS AT LAW

Douglas B. Lipsky

630 Third Avenue, Fifth Floor
New York, New York 10017
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
dl@bronsonlipsky.com

www.bronsonlipsky.com

November 9, 2012

VIA ECF
The Honorable Naomi Reice Buchwald
U.S. District Court Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    Humphrey v. RAV Investigative & Security Services Ltd. et al.,
            1:12-CV-3581 (NRB) (JLC)

Dear Judge Buchwald:

      This firm and Gottlieb & Associates represent Plaintiff Aaron Humphrey and the putative class members in the above-referenced class and collective action under the New York Labor Law ("NYLL") and Fair Labor Standards Act ("FLSA"). This status report is submitted on behalf of both parties pursuant to the Court's October 17, 2012 Order.

      During the October 17, 2012 pre-motion conference on Defendants' would-be motion to dismiss Plaintiff's Complaint, Your Honor instructed both parties to work together to determine to whether Plaintiff Humphrey, the opt-in Plaintiffs and any other employees of Defendants were issued payroll checks with insufficient funds and are thereby still owed compensation for their work performed. Both parties have been actively working towards that goal. Most recently, today, Defendants provided Plaintiff with several more checks to be issued to opt-in Plaintiffs Lawrence and Lecaro, and Defendants have confirmed that no other employees are owed money under these circumstances. Defendants are still, however, confirming whether any additional checks are owed to Plaintiff Humphrey. Defendants shall be able to confirm this within two weeks, at which time both parties believe they will be able to resolve this matter in its entirety and accordingly intend to further update the Court on this matter.

**BRONSON LIPSKY** LLP
ATTORNEYS AT LAW

The Honorable Naomi Reice Buchwald
November 9, 2012
Page 2 of 2

    We appreciate the Court's attention to this matter and are available to address any questions that the Court may have.

                Respectfully submitted,
                BRONSON LIPSKY LLP

                Douglas B. Lipsky

Cc: Lou Pechman (Defendants' attorney via ECF)