**BRONSON LIPSKY** LLP
ATTORNEYS AT LAW

Douglas B. Lipsky

630 Third Avenue, Fifth Floor
New York, New York 10017
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
dl@bronsonlipsky.com

www.bronsonlipsky.com

November 30, 2012

VIA ECF
The Honorable Naomi Reice Buchwald
U.S. District Court Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    Humphrey v. RAV Investigative & Security Services Ltd. et al.,
              1:12-CV-3581 (NRB) (JLC)

Dear Judge Buchwald:

      This firm and Gottlieb & Associates represent Plaintiff Aaron Humphrey and the putative class members in the above-referenced class and collective action under the New York Labor Law ("NYLL") and Fair Labor Standards Act ("FLSA"). This status report is submitted on behalf of both parties to update the Court following the November 9, 2012 status report (Doc. No. 12).

      Between November 9, 2012 and today, the parties have continued to work towards resolving this matter. To that end, the parties have exchange additional information and have continued to engage in settlement negotiations. This matter is not, however, resolved. We accordingly request an additional two weeks to update the Court on the status of this matter before the Court takes action on Defendants' motion to dismiss.

**BRONSON LIPSKY** LLP
ATTORNEYS AT LAW

The Honorable Naomi Reice Buchwald
November 30, 2012
Page 2 of 2

    We appreciate the Court's attention to this matter and are available to address any questions that the Court may have.

        Respectfully submitted,
        BRONSON LIPSKY LLP

        Douglas B. Lipsky

Cc:    Lou Pechman (Defendants' attorney via ECF)
        Jeff Gottlieb and Dana Gottlieb (Plaintiff's co-counsel via ECF)