UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
AARON S. HUMPHREY, Individually
and on Behalf of All Other
Persons Similarly Situated,

                        Plaintiff,

          - against -

RAV INVESTIGATIVE & SECURITY
SERVICES LTD., RAV TRADE SHOWS,
INC., RON ALLEN, ABC
CORPORATIONS #1-10, and JOHN
DOES #1-10, Jointly and
Severally,

                       Defendants.
-----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/05/2013

**MEMORANDUM AND ORDER**

12 Civ. 3581 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** by letter dated November 7, 2013, plaintiff's counsel Douglas Lipsky of Bronson Lipsky LLP and Jeffrey Gottlieb and Dana Gottlieb of Gottlieb & Associates renewed their motion to withdraw as counsel pursuant to Local Civil Rule 1.4;

    **WHEREAS** the Court held a conference on November 8, 2013 to address the motion to withdraw; it is hereby

    **ORDERED** that the motion to withdraw is granted.

DATED:    New York, New York
            December 5, 2013

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

**Attorneys for Plaintiff**

Douglas Lipsky, Esq.
Bronson Lipsky LLP
630 Third Avenue, 5th Floor
New York, NY 10017-6705

Jeffrey M. Gottlieb, Esq.
Dana L. Gottlieb, Esq.
Gottlieb & Associates
150 East 18th Street, Suite PHR
New York, NY 10003

**Attorney for Defendants**

Louis Pechman, Esq.
Berke-Weiss & Pechman LLP
488 Madison Avenue
11th Floor, Suite 1120
New York, NY 10022