# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

March 24, 2016

**VIA ECF AND FAX (212) 805-7927**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:   *Aaron S. Humphrey v. RAV Investigative & Security Services LTD., et al.*, 12 Civ. 3581 (NRB)

Dear Judge Buchwald:

      We write to inform the Court that the defendants in the above-referenced matter have discharged us as counsel and will retain other counsel to represent them in this case. Pechman Law Group PLLC, including Gianfranco J. Cuadra and Louis Pechman, will no longer represent the defendants in this matter. As a result, we request that the Court terminate our appearances on behalf of the defendants.

      Defendants have informed us that they are in the process of retaining other counsel to represent them in this matter. Consequently, we request that the Court allow defendants an additional sixty days, until May 25, 2016, to obtain new counsel and to file their Answer to the Amended Complaint.

      We thank the Court for its consideration of this matter.

                                      Respectfully submitted,

                                      Louis Pechman

LP/gc

cc:   Aaron S. Humphrey, plaintiff *pro se* (via e-mail and mail)
       David Fontaine, General Manager, RAV Investigative & Sec. Servs. LTD (via e-mail)